Name: Nancy R. Giles
Bar #: 020163
Firm: Giles Law PLLC
Address: 4808 N. 22nd Street
Suite 200
Phoenix, AZ 85016
Telephone: 602-222-5501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Columbus Life Insurance Company

    Plaintiff,

vs.

Wilmington Trust, N.A., as Securities Intermediary

    Defendant.

Case No. 2:21-cv-00734-DSH

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Columbus Life Insurance Company in compliance with the provisions of: *(check one)*

[✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Western & Southern Financial Group Inc. Relationship Parent

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

☐ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 27th day of April, 2021.

/s/ Nancy R. Giles
Counsel of Record

Certificate of Service:

- 2 -