1 | Edward R. Glady, Jr./Bar No. 009459
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5646
Direct Fax: (602) 230-5046
edward.glady@sandersparks.com

Julius A. Rousseau III (Pro Hac Vice to be filed)
**ARENT FOX, LLP**
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Direct Phone: (212) 484-3900
Direct Fax:
Jule.Rousseau@arentfox.com

*Attorneys for Defendant Wilmington Trust, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A. as Securities Intermediary,<br><br>Defendant. | Case No.: 2:21-cv-00734-DJH<br><br>**DEFENDANT WILMINGTON TRUST, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Wilmington Trust, N.A., in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any

parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identify of corporation and the nature of financial interest. (Attach additional pages if needed.)*

**Defendant and Counterclaim-Plaintiff Wilmington Trust, N.A., as Securities Intermediary, hereby discloses that it is not a publicly-traded company and it is a wholly owned subsidiary of Wilmington Trust Corporation, which is, in turn, a wholly-owned subsidiary of M&T Bank Corporation. M&T Bank Corporation is a publicly-traded company and no person or entity owns 10% or more of the stock of M&T Bank Corporation.**

☐ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

*/ / /*

*/ / /*

*/ / /*

**RESPECTFULLY SUBMITTED** this 14th day of July, 2021.

**SANDERS & PARKS, P.C.**


By /s/ Edward R. Glady, Jr.
Edward R. Glady, Jr.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

and

**ARENT FOX, LLP**

Julius A. Rousseau III (Pro Hac Vice to be filed)
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Attorneys for Defendant Wilmington Trust, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy R. Giles
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
ngiles@gileslegal.com
*Attorneys for Plaintiffs*


_/s/ Katie Martin_____