Edward R. Glady, Jr./Bar No. 009459
Vincent R. Miner/Bar No. 033879
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5646
Direct Fax: (602) 230-5046
edward.glady@sandersparks.com
vincent.miner@sandersparks.com

Julius A. Rousseau III (Admitted Pro Hac Vice)
**ARENT FOX, LLP**
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Direct Phone: (212) 484-3900
Direct Fax:
Jule.Rousseau@arentfox.com

*Attorneys for Defendant Wilmington Trust, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Columbus Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A. as Securities Intermediary,<br><br>Defendant. | Case No.: 2:21-cv-00734-DJH<br><br>**WILMINGTON TRUST, N.A. AS SECURITIES INTERMEDIARY'S NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO PLAINTIFF/COUNTERCLAIM DEFENDANT'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS** |

Defendant and Counterclaim-Plaintiff, Wilmington Trust, N.A. as Securities Intermediary hereby gives notice that on December 3, 2021, it served its Responses and Objections to Plaintiff and Counterclaim-Defendant's First Set of Interrogatories and First Set of Requests for the Production of Documents on Plaintiff and Counterclaim-Defendant Columbus Life Insurance Company.

**DATED** this 6th day of December, 2021.

**SANDERS & PARKS, P.C.**

By /s/ Vincent R. Miner
Edward R. Glady, Jr.
Vincent R. Miner
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

and

**ARENT FOX, LLP**

By /s/ Julius A. Rousseau *(*with permission)*
Julius A. Rousseau III (Admitted Pro Hac Vice)
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
*Attorneys for Defendant Wilmington Trust, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy R. Giles
Laura C. Martinez
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
ngiles@gileslegal.com
lmartinez@gileslegal.com

and

Michael J. Broadbent (Admitted Pro Hac Vice)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
mbroadbent@cozen.com
*Attorneys for Plaintiffs*

/s/ Cheryl Wilson