# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company, | No. CV-21-00734-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Wilmington Trust NA, | |
| Defendant. | |

The Court having reviewed the "Stipulation and Agreement between Parties Regarding Premiums" (Doc. 38), filed on November 24, 2021, and the "Notice of Lodging" (Doc. 51), filed on February 3, 2022,

**IT IS ORDERED** approving the Stipulation (Doc. 38).

**IT IS FURTHER ORDERED**:

1. Within ten business days of this Order approving the Stipulation, Columbus Life shall wire the total amount of $235,554.13, divided between accounts at Manufacturers & Traders Trust Co. and Wells Fargo Bank, N.A., in the amounts of $204,049.00 and $31,505.13 respectively, using the following account information and directions previously provided by Wilmington Trust (the "Post-Death Premium Payment"):

    A. Manufacturers & Traders Trust Co.: Account ending 2-000 in the name of VICOF II Trust – Securities Account; and

    B. Wells Faro Bank, N.A.: Account ending 4266 in name of Wells Fargo

Longevity Clearing Account Reference to FFC: VICOF II Collections (Securities), Acct. XXXX8100.

2. Paragraph 54 of Wilmington Trust's Counterclaims (Doc. 8) is **STRICKEN**.

Dated this 7th day of February, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge