Nancy R. Giles (SBN 020163)
Laura C. Martinez (SBN 031486)
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ  85016
Tel:  602-222-5501
Email: ngiles@gileslegal.com
Email: lmartinez@gileslegal.com

Michael J. Broadbent (*pro hac vice*)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215-665-4732
Email: mbroadbent@cozen.com

Attorneys for Plaintiff Columbus Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company, | No. 2:21-cv-00734-DSH |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE** |
| Wilmington Trust NA, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Rule 26, Federal Rules of Civil Procedure, Plaintiff Columbus Life Insurance Company, by and through undersgiend counsel, has served its Responses to Defendant's First Request for Production of Documents and Responses to Defendant's First Set of Interrogatories, by e-mailing upon the opposing party, whose names and e-mail addresses were served are listed below.

DATED this 28th day of February, 2022.

GILES LAW, PLLC

By /s/ Laura C. Martinez
    Nancy R. Giles (SBN 020163)
    Laura C. Martinez (SBN 031486)
    4808 N. 22nd St., Ste. 200
    Phoenix, AZ 85016
    Phone: 602-222-5501
    Email: ngiles@gileslegal.com
    Email: lmartinez@gileslegal.com

    Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System and emailed the Notice to the following individuals:

Edward R. Glady, Jr.
Vincent R. Miner
Sanders & Parks, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012
Edward.glady@sanderssparks.com

Julius A. Rousseau
Arent Fox, LLP
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Jule.Rousseau@arentfox.com
*Attorneys for Defendants/Counter-claimaints*


*/s/ Laura Daniel*