Edward R. Glady, Jr./Bar No. 009459
Vincent R. Miner/Bar No. 033879
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5646
Direct Fax: (602) 230-5046
edward.glady@sanderssparks.com
vincent.miner@sanderssparks.com

Julius A. Rousseau III (Admitted Pro Hac Vice)
**ARENT FOX, LLP**
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Direct Phone: (212) 484-3900
Direct Fax:
Jule.Rousseau@arentfox.com

*Attorneys for Defendant and Counterclaim-Plaintiff Wilmington Trust, N.A., as Securities Intermediary*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A. as Securities Intermediary,<br><br>    Defendant. | Case No.: 2:21-cv-00734-DJH<br><br>**WILMINGTON TRUST, N.A. AS SECURITIES INTERMEDIARY'S NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF PLAINTIFF/COUNTERCLAIM DEFENDANT PURSUANT TO FED. R. CIV. PROC. 30(B)(6)** |
| Wilmington Trust, N.A., as Securities Intermediary,<br><br>    Defendant-Counterclaim Plaintiff<br><br>v.<br><br>Columbus Life Insurance Company,<br><br>    Plaintiff-Counterclaim Defendant. | |

Defendant-Counterclaim Plaintiff, Wilmington Trust, N.A. as Securities Intermediary hereby gives notice that on January 18, 2022, it served its Notice of Deposition of Plaintiff/Counterclaim Defendant Pursuant to Fed. R. Civ. Proc. 30(B)(6) on Plaintiff-Counterclaim Defendant Columbus Life Insurance Company.

**DATED** this 2nd day of March, 2022.

          **SANDERS & PARKS, P.C.**

By */s/ Vincent R. Miner*
    Edward R. Glady, Jr.
    Vincent R. Miner
    3030 North Third Street, Suite 1300
    Phoenix, AZ 85012-3099

-and-

By */s/ Julius A. Rousseau*
    Julius A. Rousseau III (Admitted Pro Hac Vice)
    1301 Avenue of the Americas, Fl. 42
    New York, NY 10019
    *Attorneys for Defendant-Counterclaim*
    *Plaintiff Wilmington Trust, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy R. Giles
Laura C. Martinez
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
ngiles@gileslegal.com
lmartinez@gileslegal.com

and

| | |
|---|---|
| 1 | Michael J. Broadbent (Admitted Pro Hac Vice) |
| 2 | **COZEN O'CONNOR** |
| 3 | 1650 Market Street, Suite 2800<br>Philadelphia, PA 19103 |
| 4 | mbroadbent@cozen.com |
| 5 | *Attorneys for Plaintiffs* |
| 6 | /s/ Cheryl Wilson |