Brian D. Burack
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2076
Email: bburack@cozen.com

Ilya Schwartzburg
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.366.4443
Email: ISchwartzburg@cozen.com

Laura Christine Martinez
Giles Law PLLC
4808 N 22nd St., Ste 200
Phoenix, AZ 85016
Telephone: 602-222-5501
Email: lmartinez@gileslegal.com

Michael John Broadbent
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 267.987.4755
Email: mbroadbent@cozen.com

Nancy Renee Giles
Giles Law PLLC
4808 N 22nd St., Ste 200
Phoenix, AZ 85016
Telephone: 602-222-5501
Email: ngiles@gileslegal.com

Attorneys for Plaintiff
COLUMBUS LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>Wilmington Trust N.A., as Securities Intermediary,<br><br>    Defendant. | Case No. 2:21-cv-00734-DJH<br><br>Assigned to: Honorable Diane J Humetewa<br><br>**PLAINTIFF COLUMBUS LIFE INSURANCE COMPANY'S NOTICE OF SUBPOENA** |

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiff Columbus Life Insurance Company will conduct the depositions upon oral examination of SCOTT LAWRENCE CHRISTIE and ROBIN L. DAVIS, in their personal capacities, commencing at 9:30 a.m. Pacific Standard Time on June 23, 2022 and June 24, 2022, respectively, by remote videoconference before a notary public or other officer authorized to administer oaths. The depositions will be recorded by stenographic and audiovisual means. All counsel are invited to attend and participate by videoconference.

Date: June 7, 2022

COZEN O'CONNOR

By: _/s/ Ilya Schwartzburg_____
   Ilya Schwartzburg (pro hac vice)
   Cozen O'Connor
   One Liberty Place
   1650 Market Street, Suite 2800
   Philadelphia, PA 19103
   Telephone: 215.366.4443
   Email: ISchwartzburg@cozen.com

**Attorneys for Plaintiff Columbus Life Insurance Company**

LEGAL\58228878\1

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, I emailed the Notice to the following individuals:

**Andrew James Dykens**
Arent Fox Schiff LLP - New York, NY
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019
212-484-3900
Fax: 212-484-3990
Email: andrew.dykens@arentfox.com

**Julius Addison Rousseau , III**
Arent Fox Schiff LLP - New York, NY
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019
212-484-3900
Email: jule.rousseau@arentfox.com

**Vincent Richard Miner**
Sanders & Parks PC
3030 N 3rd St., Ste. 1300
Phoenix, AZ 85012-3099
602-532-5600
Fax: 602-230-5009
Email: vincent.miner@sandersparks.com

**Edward Robert Glady , Jr.**
Sanders & Parks PC
3030 N 3rd St., Ste. 1300
Phoenix, AZ 85012-3099
602-532-5646
Fax: 602-230-5046
Email: Edward.Glady@SandersParks.com


*/s/ Ilya Schwartzburg*_____

LEGAL\58228878\1