J. Steven Sparks/Bar No. 015561
Vincent R. Miner/Bar No. 033879
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5646
Steve.Sparks@sandersparks.com
vincent.miner@sandersparks.com

Julius A. Rousseau, III (Admitted Pro Hac Vice)
Andrew J. Dykens (Admitted Pro Hac Vice)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Direct Phone: (212) 484-3900
Jule.Rousseau@afslaw.com
Andrew.Dykens@afslaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Wilmington Trust, N.A., as Securities Intermediary*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> Wilmington Trust, N.A., as Securities Intermediary, <br><br> Defendant. | Case No.: 2:21-cv-00734-DJH <br><br> **DECLARATION OF ANDREW DYKENS IN SUPPORT OF DEFENDANT COUNTERCLAIM-PLAINTIFF WILMINGTON TRUST, N.A., AS SECURITIES INTERMEDIARY'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 15** |
| Wilmington Trust, N.A., as Securities Intermediary, <br><br> Defendant-Counterclaim Plaintiff, <br> v. <br><br> Columbus Life Insurance Company, <br><br> Plaintiff-Counterclaim Defendant. | |

I, Andrew Dykens, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of ArentFox Schiff LLP, counsel for Defendant-Counterclaim Plaintiff Wilmington Trust, N.A. as Securities Intermediary ("Securities Intermediary"). I offer this Declaration in support of Securities Intermediary's Motion For Leave To File An Amended Counterclaim.

2. Attached hereto as Exhibits 1-6 are, to the best of my knowledge and belief, true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Securities Intermediary's proposed revised Amended Answer, Affirmative Defenses, and Counterclaims to be filed in this action upon the Court granting Securities Intermediary's Motion for Leave to Amend Counterclaim. |
| 2 | Redline indicating, per local court rules, in what respect the proposed Amended Answer, Affirmative Defenses, And Counterclaims differs from Securities Intermediary's Answer, Affirmative Defenses, and Counterclaims filed on July 14, 2021. |
| 3 | Transcript of the Deposition of Justin Payne taken in this action on May 4, 2022. Mr. Payne testified as a representative of Columbus Life Insurance Company designated to testify pursuant to Fed. R. Civ. P. 30(b)(6). |
| 4 | Transcript of the Deposition of Robert Noschang taken in this action on May 4, 2022. Mr. Noschang testified as a representative of Columbus Life Insurance Company designated to testify pursuant to Fed. R. Civ. P. 30(b)(6). |
| 5 | Exhibit 32 to the deposition of Robert Noschang, a fax dated May 2, 2006 from LifeTrust, LLC to Columbus Life Insurance Company's, produced in this action by Columbus Life and bates stamped CLIC_Peterson_0000589-596 |
| 6 | Transcript of the Deposition of Lisa Fangman taken in this action on May 4, 2022. Ms. Fangman testified as a representative of Columbus Life Insurance Company designated to testify pursuant to Fed. R. Civ. P. 30(b)(6). |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Executed this 24th day of June, 2022.

**ARENTFOX SCHIFF LLP**

By  /s/ *Andrew J. Dykens*
Andrew Dykens (*Admitted Pro Hac Vice*)
1301 Avenue of the Americas, Fl. 42
New York, NY 10019

*Attorneys for Defendant Counterclaim-Plaintiff Wilmington Trust, N.A., as Securities Intermediary*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy R. Giles
Laura C. Martinez
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
ngiles@gileslegal.com
lmartinez@gileslegal.com

and

Michael J. Broadbent (Admitted Pro Hac Vice)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
mbroadbent@cozen.com

*Attorneys for Plaintiffs*


/s/