J. Steven Sparks, Jr./Bar No. 015561
Vincent R. Miner/Bar No. 033879
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5600
Steve.Sparks@sandersparks.com
vincent.miner@sandersparks.com

Julius A. Rousseau III (Admitted Pro Hac Vice)
Andrew Dykens (Admitted Pro Hac Vice)
**ARENTFOX SCHIFF, LLP**
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
Direct Phone: (212) 484-3900
Jule.Rousseau@asflaw.com
Andrew.Dykens@asflaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff*
*Wilmington Trust, N.A., as Securities Intermediary*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A. as Securities Intermediary,<br><br>Defendant. | Case No.: 2:21-cv-00734-DJH<br><br>**WILMINGTON TRUST, N.A., AS SECURITIES INTERMEDIARY'S NOTICE OF SERVICE OF ITS RESPONSES AND OBJECTIONS TO PLAINTIFF/COUNTERCLAIM DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION** |
| Wilmington Trust, N.A., as Securities Intermediary,<br><br>    Defendant-Counterclaim Plaintiff<br><br>v.<br><br>Columbus Life Insurance Company,<br><br>    Plaintiff-Counterclaim Defendant. | |

Defendant and Counterclaim-Plaintiff, Wilmington Trust, N.A. as Securities Intermediary hereby gives notice that on July 14, 2022, it served its Responses and Objections to Plaintiff/Counterclaim-Defendant's First Set of Requests for Admission on Plaintiff and Counterclaim-Defendant Columbus Life Insurance Company.

**DATED** this 14th day of July, 2022.

                              **SANDERS & PARKS, P.C.**

                              By  */s/ Vincent R. Miner*
                                     J. Steven Sparks
                                     Vincent R. Miner
                                     3030 North Third Street, Suite 1300
                                     Phoenix, AZ 85012-3099

                                     -and-

                              By  */s/ Julius A. Rousseau*
                                     Julius A. Rousseau III (Admitted Pro Hac Vice)
                                     Andrew Dykens (Admitted Pro Hac Vice)
                                     1301 Avenue of the Americas, Fl. 42
                                     New York, NY 10019
                                     *Attorneys for Defendant-Counterclaim Plaintiff Wilmington Trust, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy R. Giles
Laura C. Martinez
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
ngiles@gileslegal.com
lmartinez@gileslegal.com

and

Michael J. Broadbent (Admitted Pro Hac Vice)
Ilya Schwartzburg (Admitted Pro Hac Vice)
Brian D. Burack (Admitted Pro Hac Vice)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
mbroadbent@cozen.com
ISchwartzburg@cozen.com
BBurack@cozen.com
*Attorneys for Plaintiff-Counterclaim Defendant*

/s/ Cheryl Wilson