# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company, | No. CV-21-00734-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Wilmington Trust NA, | |
| Defendant. | |

The Court is in receipt of the parties' Notice of Discovery Dispute (Doc. 97). As ordered, the parties have also submitted the transcript of a July 26, 2022, deposition that is the subject of their dispute. (Doc. 99).

Plaintiff argues that the deposition witness was unprepared and refused to answer many questions during the deposition. Defendant argues that the questions asked exceeded the scope of topics that were noticed prior to the deposition. Although the parties' positions on what happened are different, their proposed resolutions are nearly similar. Plaintiff requests an additional two hours of deposition time at Defendants' expense, and Defendant requests an additional one and a half hours provided that Plaintiff provides "proper notice" of the topics to be addressed. (Doc. 97 at 3–4) (emphasis omitted).

Federal Rule of Civil Procedure requires that the topics of a deposition be described with reasonable particularity. Fed. R. Civ. P. 30(b)(6). Having reviewed the deposition transcript and the topics noticed for deposition, the Court finds that many of the questions to which Defendant's counsel objected generally relate to the insurance policy at this case's

center.  Although the noticed topics include the policy generally, they do not specify particularities such as how the policy's premiums were paid, which was an area of inquiry at the deposition.  (*Compare* Doc. 99-2 at 6, *with* Doc. 99-1 at 53).  The Court also finds that some of the questions, such as those about the pre-acquisition process and beliefs as to the policy's validity, were properly noticed as topics.  (*Compare* Doc. 99-2 at 7–8, *with* Doc. 99-1 at 78–79, 237).

There is some basis to support each party's position.  Therefore, the Court will permit Plaintiff an additional two hours of time for deposition.  Plaintiff must send an additional notice to Defendant describing the topics of the deposition.  The parties shall split the costs of the additional deposition equally.  Finally, Plaintiff shall also file a notice within twenty-four hours of serving the deponent to alert the Court as to when the deposition will be held.  The Court will endeavor to be available by phone in the event further disputes arise.

Accordingly,

**IT IS ORDERED** that the parties shall proceed as directed in this Order.

Dated this 2nd day of August, 2022.

Honorable Diane J. Humetewa
United States District Judge