Nancy R. Giles (SBN 020163)
Laura C. Martinez (SBN 031486)
**GILES LAW, PLLC**
4808 N. 22nd St., Suite 200
Phoenix, AZ 85016
Tel: 602-222-5501
Email: ngiles@gileslegal.com
Email: lmartinez@gileslegal.com

Brian D. Burack (*pro hac vice*)
Ilya Schwartzburg (*pro hac vice*)
Michael J. Broadbent (*pro hac vice*)
Charles J Vinicombe (*pro hac vice*)
Isaac Binkovitz (*pro hac vice*)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Phone: 215-665-2076
Email: bburack@cozen.com
Email: Ischwartzburg@cozen.com
Email: mbroadbent@cozen.com
Email: cvinicombe@cozen.com
Email: ibinkovitz@cozen.com

Attorneys for Plaintiff Columbus Life Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Columbus Life Insurance Company, | No. 2:21-cv-00734-DJH |
| Plaintiff, | |
| v. | **ADDITIONAL NOTICE OF DEPOSITION TOPICS** |
| Wilmington Trust NA, | |
| Defendant. | |

Plaintiff Columbus Life Insurance Company hereby gives notice that on August 10, 2022, it served an Additional Notice of Deposition Topics on Defendant Wilmington Trust, NA pursuant to the Court's Order of August 2, 2022 (ECF No. 101).

In addition, Plaintiff hereby gives notice to the Court that the Parties will resume the deposition of the 30(b)(6) witness for Vida Capital, Inc., VICOF II Trust, and Magna Life Settlements, Inc. on August 23, 2022 at 9:30 AM local Arizona time, 11:30 AM Central time, and 12:30 AM Eastern time.

DATED this 10th day of August, 2022.

GILES LAW, PLLC

By /s/ Ilya Schwartzburg
    Nancy R. Giles (SBN 020163)
    Laura C. Martinez (SBN 031486)
    4808 N. 22nd St., Ste. 200
    Phoenix, AZ 85016
    Phone: 602-222-5501
    Email: ngiles@gileslegal.com
    Email: lmartinez@gileslegal.com

COZEN O'CONNOR
    Brian D. Burack (*pro hac vice*)
    Ilya Schwartzburg (*pro hac vice*)
    Michael J. Broadbent (*pro hac vice*)
    Charles J Vinicombe (*pro hac vice*)
    Isaac Binkovitz (*pro hac vice*)
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Phone: 215-665-2076
    Email: bburack@cozen.com
    Email: Ischwartzburg@cozen.com
    Email: mbroadbent@cozen.com
    Email: cvinicombe@cozen.com
    Email: ibinkovitz@cozen.com

Attorneys for Plaintiff