

# Supreme Court
### STATE OF ARIZONA

| | | |
|---|---|---|
| **ROBERT BRUTINEL**<br>Chief Justice | **ARIZONA STATE COURTS BUILDING**<br>1501 WEST WASHINGTON STREET, SUITE 402<br>PHOENIX, ARIZONA 85007<br>TELEPHONE: (602) 452-3396 | **TRACIE K. LINDEMAN**<br>Clerk of the Court |

December 7, 2022

**RE:  COLUMBUS LIFE INSURANCE v WILMINGTON TRUST NA**
    Arizona Supreme Court No. CV-22-0202-CQ
    United States District Court No. CV-21-00734-PHX-DJH

GREETINGS:

The following action was taken by the Supreme Court of the State of Arizona on December 6, 2022, in regard to the above-referenced cause:

**ORDERED: Order Certifying Question to the Arizona Supreme Court = ACCEPTED.**

**FURTHER ORDERED: The case shall be set for oral argument.**

**FURTHER ORDERED: The parties may file simultaneous supplemental briefs, not to exceed 20 pages in length, no later than 20 days from the date of this Court's Minute Letter. Any amicus briefs are due on or before January 11, 2023 and any responses to amicus briefs are due on or before February 1, 2023. Any amicus briefs or responses may not exceed 20 pages in length.**

Counsel shall be advised of the date and time of oral argument at such time as the hearing date is determined.

Tracie K. Lindeman, Clerk

TO:
Nancy R Giles
J Steven Sparks
Vincent Miner
Hon Diane J Humetewa
Brian D Karth
Debra D. Lucas
Brian D Karth
Brian D Burack
Charles Vinicombe
Ilya Schwartzburg
Isaac Binkovitz
Michael Broadbent
Andrew James Dykens
David J Ward
Julius Rousseau

jd