SUPREME COURT OF ARIZONA

```
COLUMBUS LIFE INSURANCE COMPANY, )  Arizona Supreme Court
                                 )  No. CV-22-0202-CQ
                     Plaintiff,  )
                                 )  United States District
             v.                  )  Court
                                 )  No. CV-21-00734-PHX-DJH
WILMINGTON TRUST NA,             )
                                 )  FILED 12/21/2022
                     Defendant.  )
                                 )
_____)
```

# O R D E R

On December 13, 2022, Plaintiff Columbus Life and Defendant Wilmington Trust filed a "Stipulated Motion for Procedural Order for Extension of Time to File Supplemental Briefs." The parties sought an extension of 14 days. On December 16, 2022, the parties amended the request, filing a superseding "Stipulated Motion for Procedural Order for Extension of Time to File Supplemental Briefs," seeking an extension of 28 days. After consideration,

**IT IS ORDERED** granting the motion for an extension of 28 days. The deadline for the parties to file supplemental briefs is extended to January 24, 2023.

**IT IS FURTHER ORDERED** that the deadline for any amicus briefs is extended to February 8, 2023, and the deadline for any responses to amicus briefs is extended to March 1, 2023.

DATED this  21st  day of December, 2022.

_____/s/_____
ROBERT BRUTINEL
Chief Justice

TO:
Laura Christine Martinez
Nancy R Giles
J Steven Sparks
Vincent Miner
Hon. Diane J Humetewa
Debra D. Lucas
Charles Vinicombe
Ilya Schwartzburg
Isaac Binkovitz
Michael Broadbent
Andrew James Dykens
David J Ward
Julius Rousseau
jn

SUPREME COURT OF ARIZONA

| | | |
|---|---|---|
| COLUMBUS LIFE INSURANCE COMPANY, | ) | Arizona Supreme Court |
| | ) | No. CV-22-0202-CQ |
| Plaintiff, | ) | |
| | ) | United States District |
| v. | ) | Court |
| | ) | No. CV-21-00734-PHX-DJH |
| WILMINGTON TRUST NA, | ) | |
| | ) | **FILED 12/21/2022** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**O R D E R**

Nancy R. Giles, having filed a "Motion to Associate Counsel Pro Hac Vice" asking that Ilya Schwartzburg be allowed to appear and participate in the above-referenced matter, and the appropriate application and related materials having been submitted and found to be in compliance with Rule 39(a), Rules of the Supreme Court,

**IT IS ORDERED** granting the Motion and authorizing Ilya Schwartzburg to appear Pro Hac Vice before this Court in this matter for a period not to exceed one year from the date of this Order.

DATED this  21st  day of December, 2022.


_____/s/_____
ROBERT BRUTINEL
Chief Justice

To:
Ilya Schwartzburg
Nancy R Giles
Laura Christine Martinez
J Steven Sparks
Vincent Miner
Hon. Diane J Humetewa
Debra D. Lucas
Charles Vinicombe
Isaac Binkovitz
Michael Broadbent
Andrew James Dykens
David J Ward
Julius Rousseau
Sarah Corpening
jn